UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. **4:05CR40021-FDS** |
| | ) | |
| LEO BEATTY | ) | |

### GOVERNMENT'S MOTION TO SEAL
### INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to
direct that the indictment be sealed (and that no person shall disclose the return of the
indictment except when necessary for the issuance and execution of a warrant) until the
defendant is in custody in the above-captioned case and the Court has ordered the indictment
unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

Date: April 21, 2005

APR 21 2005

ALLOWED,
SO ORDERED.