UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-40016-FDS** |
| | ) | |
| **GERALDO AVILES** | ) | |
| | | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-40021-FDS** |
| | ) | |
| **LEO BEATTY** | ) | |
| | | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-40024-FDS** |
| | ) | |
| **DINIKUE BROWN** | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENTS

The United States of America hereby moves this Court to direct that the above-captioned indictments be unsealed. In support of this motion, the government states that the defendants named in each of the indictments was arrested on or before May 10, 2005, and that there is no further reason to keep the indictments secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ David Hennessy_
David Hennessy
Assistant U.S. Attorney

Date: May 10, 2005