# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

filed in open court 5/10/2005

UNITED STATES OF AMERICA

v.

LEO BEATTY

**WARRANT FOR ARREST**
Case Number: 4:05CR40021-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LEO BEATTY**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Distribution of cocaine base, a/k/a "crack cocaine"**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

Title of Issuing Officer

Boston, MA; April 21, 2005
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, Suite 6420
1 Courthouse Way
Boston, MA 02210

BY

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT __Lunenburg, MA__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/9/05 | David DiTullio, S/A | David DiTullio |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Leo G. Beatty

ALIAS: _____

LAST KNOWN RESIDENCE: 1208 Water Street, Fitchburg, Ma

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Pennsylvania

DATE OF BIRTH: 5/30/58

SOCIAL SECURITY NUMBER: 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

HEIGHT: 603    WEIGHT: 245

SEX: male    RACE: White

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: DEA, Worcester, MA