

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

June 14, 2005

E. Peter Parker, Esq.
One Commercial Wharf North
Second Floor
Boston, MA 02110

    Re:    <u>**United States v. Leo Beatty, Criminal No.  4:05-cr-40021-FDS**</u>

Dear Attorney Parker:

    Pursuant to Rules 116.6(A) of the Local Rules of the United States District Court for the District of Massachusetts, the government declines to make the following disclosure as otherwise required under Local Rule 116.1(A)(1):

    The government declines to identify a cooperating witness by name at this time.  Although the government anticipates that it will call this individual as a witness at trial, the government declines to reveal the identity of this witness at this time since such disclosure may jeopardize the safety and welfare of the witness.  The government notes, however, that it has disclosed all of the information required to be disclosed about this witness under Local Rule 116.2(B)(1)--including the promises, rewards and inducements that this witness has received from the government and the witness' criminal record--in its June 14, 2005 automatic discovery letter.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:    */s/ Lisa M. Asiaf*
                            LISA M. ASIAF
                            Assistant U.S. Attorney
                            (617) 748-3120

LMA/
cc:    Clerk's Office, U.S. District Court