# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                       |                              |
|---|---|
| UNITED STATES OF AMERICA,             )                            |
|                                       )                            |
| v.                                    )   **CRIMINAL ACTION**      |
|                                       )   **NO. 05-40021-FDS**     |
| LEO BEATTY,                           )                            |
|         Defendant,                    )                            |

## INITIAL STATUS REPORT
### June 29, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has provided Mr. Beatty's counsel with copies of tapes and videos relevant to the offenses charged in this Indictment and has agreed to provide counsel with additional discovery. Mr. Beatty's counsel has requested additional time to review this discovery. I have granted that request . If Mr. Beatty's counsel determines that he requires additional discovery, he shall file discovery request letters with the Government by August 15, 2005 and the Government shall respond to those letters by August 29, 2005.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on August 30, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 31, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which all discovery issues will have been resolved or will have been identified). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 8, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE

2