UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION
) NO. 05-40021-FDS
LEO BEATTY, )
      Defendant, )
)

ORDER OF EXCLUDABLE TIME
June 29, 2005

SWARTWOOD, C.M.J.

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 31, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which all discovery issues will have been resolved or will have been identified) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE