UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> LEO BEATTY, ) <br> Defendant, ) <br> _____) | CRIMINAL ACTION <br> NO. 05-40021-FDS |

STATUS REPORT
August 31, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

I am granting the parties approximately a month to complete a review of discovery produced in this case.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on September 28, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government, I am excluding from the Speedy Trial Act, the period from August 30, 2005 (date of expiration of prior order of excludable time) through September 28,

2005 (date by which discovery shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, December 7, 2005</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE