```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 05-40021-FDS
LEO BEATTY,                    )
        Defendant,             )
_____)
```

## STATUS REPORT
### September 30, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Beatty's counsel has had an opportunity to review discovery produced by the Government and has requested that he be allowed to file a discovery request letter. I have granted that request. Mr. Beatty's discovery request letter must be served on the Government by October 21, 2005 and the Government shall respond to that letter by November 4, 2005.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 8, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Beatty, I am excluding from the Speedy Trial Act, the period from September 28, 2005 (date of expiration of prior order of excludable time) through November 8, 2005 (date by which a status conference/hearing on discovery issues shall be held). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 17, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE