## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
              v.                    )      CRIMINAL ACTION
                                    )      NO. 05-40021-FDS
LEO BEATTY,                         )
          Defendant,                )
                                    )
```

### ORDER OF EXCLUDABLE TIME
### September 30, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 28, 2005 (date of expiration of prior order of excludable time) through November 8, 2005 (date by which a status conference/hearing on discovery issues shall be held) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE