**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

                                                )
UNITED STATES OF AMERICA          )
                                                )
          v.                                    )          Crim. No.  4:05-cr-40021-FDS
                                                )
LEO BEATTY, a/k/a "Mouse,"           )
                              Defendant.     )
_____)


## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, with the assent of the defendant, Dinikue Brown, a/k/a

"Mouse," respectfully requests a brief continuance of the government's response deadline to

defendant's discovery request letter (currently scheduled for November 4, 2005) and the Status

Conference currently set for November 8, 2005, at 3:00 p.m., in the above captioned matter.  In

support of this motion, the government states as follows:

1.       On or about October 21, 2005, the defendant served the government with a discovery

         request letter.  Undersigned counsel for the government, who has been away at a 2-week

         training course, asked defense counsel for a brief continuance of her response deadline

         (to November 11, 12005) and for assent to continue the Status Conference (currently set

         for November 8, 2005) accordingly.

2.       Defense counsel agreed to this request, including excluding the time until the new date

         for the Status Conference.

         WHEREFORE, the United States requests that this Honorable Court: (a) continue the

government's response deadline to defendant's discovery request letter to November 11, 2005;

(b) reschedule the Status Conference from November 8, 2005, until a date convenient for the

Court; and (c) exclude the time under the Speedy Trial Act accordingly.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:      */s/ Lisa M. Asiaf*
      LISA M. ASIAF

November 3, 2005               Assistant U.S. Attorney
      Tel:  (617) 748-3268

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by

depositing in the United States mail a copy of same in an envelope bearing sufficient postage for

delivery to all counsel of record who do not automatically receive service of process via the

Court's ECF electronic filing system.

This 3rd day of November 2005.


*/s/ Lisa M. Asiaf*
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY