UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>     v.                   )<br>  )<br>LEO BEATTY,                  )<br>     Defendant,             )<br>  ) | **CRIMINAL ACTION<br>NO. 05-40021-FDS** |

ORDER OF EXCLUDABLE TIME
December 5, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 8, 2005 (date of expiration of prior order of excludable time) through January 13, 2006 (date by which the Government is to file its response to Mr. Beatty's discovery motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE