UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-40021-FDS |
| ) | |
| LEO BEATTY ) | |

**DEFENDANT'S MOTION FOR
LEAVE TO FILE DISCOVERY MOTION LATE**

Defendant Leo Beatty hereby moves for leave to file his discovery motion late. As grounds for this motion, Mr. Beatty states that the motion deadline was December 23, 2005. The press of professional and family matters precluded filing by that date. The government will not be prejudiced by filing the motion one business day late.

LEO BEATTY
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

  /s/ *E. Peter Parker*
E. Peter Parker