UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
       v.                       )   CRIMINAL ACTION
                                )   NO. 05-40021-FDS
LEO BEATTY,                     )
         Defendant,             )
_____)


STATUS REPORT
January 27, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has notified Mr. Beatty's counsel and the Court that it is considering the possibility of seeking a Superseding Indictment in this case and has requested additional time within which to make that decision. I have granted that request. Mr. Beatty's counsel has requested additional time to allow him an opportunity to pursue and prepare defenses in this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 27, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts.

    3.   <u>Excludable Time</u>

At the request of the Government and without opposition from Mr. Beatty's counsel, I am excluding from the Speedy Trial Act, the period from January 13, 2006 (date of expiration of prior order of excludable time) through March 27, 2006 (date by which the Government will have determined whether or not a Superseding Indictment will be sought and Mr. Beatty's counsel will have completed his investigation with respect to various potential defenses in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, June 5, 2006</u>.

          /s/Charles B. Swartwood, III
          CHARLES B. SWARTWOOD, III
          CHIEF MAGISTRATE JUDGE