UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>LEO BEATTY,                 )<br>      Defendant,        )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40021-FDS** |

## ORDER OF EXCLUDABLE TIME
### January 27, 2006

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 13, 2006 (date of expiration of prior order of excludable time) through March 27, 2006 (date by which the Government will have determined whether or not a Superseding Indictment will be sought and Mr. Beatty's counsel will have completed his investigation with respect to various potential defenses in this case) shall be excluded from the Speedy Trial Act.

                                              /s/Charles B. Swartwood, III
                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE