# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL ACTION |
| ) | NO. 05-40021-FDS |
| LEO BEATTY, ) | |
| Defendant, ) | |

## FINAL STATUS REPORT
### March 29, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Rule 11 Hearing</u>

Counsel have represented that the case is ready for a plea hearing (unagreed). Accordingly, I am returning this case to Saylor, J for a Rule 11 hearing..

2.  <u>Excludable Time</u>

At the request of the Government and without opposition from Mr. Beatty's counsel, I am excluding from the Speedy Trial Act, the period from March 27, 2006 (the date of experiation of prior order of excludable time) through and including the date of the Rule 11 hearing.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE