UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )          Criminal No.  05-40021-FDS
                            )
LEO BEATTY                  )

**DEFENDANT'S ASSENTED-TO
MOTION TO CONTINUE SENTENCING DATE**

Defendant Leo Beatty hereby moves, with the assent of the government, that the court continue the sentencing hearing currently scheduled for August 9, 2006 for at least one week.  As grounds for this motion, Mr. Beatty states that undersigned counsel has been set back in work on all of his cases by a near-catastrophic computer crash.  Counsel has had to replace the hard drive in his primary work computer and is in the process of recovering all data and re-loading all necessary software.  Counsel has also been busy with an unexpectedly complicated multi-day sentencing hearing before Judge Saris and an evidentiary hearing in another matter before Judge Saylor.

The requested continuance will permit counsel to prepare a written sentencing memorandum to assist the court.  The government, through Assistant United States Lisa Asiaff, assents to this motion.

LEO BEATTY
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

<u>Certificate of Service</u>

      I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

                       /s/ *E. Peter Parker*
                       E. Peter Parker