## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
            v.                      )   Crim. No.  4:05-cr-40021-FDS
                                    )
LEO BEATTY, a/k/a "Mouse,"          )
                        Defendant.  )
_____)

### ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

The United States of America, with the assent of the defendant, Leo Beatty, respectfully requests a brief continuance of the sentencing hearing in this matter, which is currently scheduled to take place on **Friday, September 15, 2006**. In support of this motion, the government states as follows:

1. The sentencing hearing was originally set for August 9, 2006. With the assent of the government, however, the defendant recently moved to continue that sentencing hearing, which was re-scheduled for September 15, 2006.

2. Although undersigned counsel for the government was available to appear at a sentencing hearing on September 15, 2006, one of the government's key witnesses is unable to appear at the evidentiary sentencing hearing on September 15th due to previously scheduled, pre-paid summer vacation plans.

3. The government therefore moves for a brief continuance of the sentencing hearing. The undersigned attorney for the government has discussed this scheduling conflict with the Court's courtroom clerk, who has advised the government of various dates in September that are convenient for the Court. Both parties are available on one of those dates –

September 28, 2006.

4. The undersigned attorney for the government therefore respectfully moves this Honorable Court for a brief continuance of the sentencing hearing in this matter, and respectfully suggests that September 28, 2006 would work for all parties involved.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:    */s/ Lisa M. Asiaf*
        LISA M. ASIAF

Dated: August 9, 2006         Assistant U.S. Attorney
        Tel: (617) 748-3268

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2006.

        */s/ Lisa M. Asiaf*
        LISA M. ASIAF