UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>LEO BEATTY          ) | Criminal No.  05-40021-FDS |

### NOTICE OF APPEAL

Defendant Leo Beatty hereby appeals his conviction and the sentence is this case.

        LEO BEATTY
         By his attorney,

        /s/ *E. Peter Parker*
        E. Peter Parker
         B.B.O. #552720
        One Commercial Wharf North
        Second Floor
        Boston, MA  02110
        (617) 742-9099

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2006.

        /s/ *E. Peter Parker*
           E. Peter Parker