UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>LEO BEATTY          ) | Criminal No.  05-40021-FDS |

**DEFENDANT'S MOTION FOR TRANSCRIPTS AT
GOVERNMENT EXPENSE**

Defendant Leo Beatty hereby moves, pursuant to 18 U.S.C. § 3006A(e)(1), that the court approve funds for complete transcripts so that he can litigate an appeal of his conviction and sentence.  A transcript of the change of plea hearing already has been prepared.  Mr. Beatty moves for funds sufficient to prepare a transcript of the sentencing hearing.

LEO BEATTY
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2006.

/s/ *E. Peter Parker*
E. Peter Parker