# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __US v Beatty__
District Court Case No. __05-40021-FDS__     District of __MA__
Date Notice of Appeal filed __10/4/06__     Court of Appeals Case No. _____
Form filed on behalf of __defendant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ~~____~~
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __In part, May 3, 2006 change of Plea, Docket Entry 41.__

## TRANSCRIPT ORDER

Name of Court Reporter __M. Kusa-Ryll__
Phone Number of Reporter __(508) 929-3399__

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☒ | Sentencing | 9/28/06 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify) _____ | |
| ☐ | Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☒ Criminal Justice Act. A CJA Form 24 ~~has been approved by the district court judge.~~ filed in district court
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __E Peter Parker__     Filer's Signature __E Peter PL__
Firm/Address __151 Merrimac St Boston MA 02114__
Telephone number __(617) 742-9099__     Date mailed to court reporter __Motion filed in court 10/4/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)     SEE INSTRUCTIONS ON REVERSE