## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  05cr40021

UNITED STATES OF AMERICA

v.

LEO BEATTY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-11, 14-16, 18,19,23, 25-27, 30,33-35, 37,39-42, 44-45, 52 are the originals.

12,13,17,20-22,24,28,29,31,32,36,38,43,46-51 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s)  1  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  10/4/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/10/06 .

|  |  |
|---|---|
|  | Sarah A Thornton, Clerk of Court |
|  | /s/ Sherry Jones |
| By: | Sherry Jones |
|  | Deputy Clerk |

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

   RETURN TO:  US DISTRICT COURT
               595 MAIN STREET, SUITE 502
               WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06