UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr40021

UNITED STATES OF AMERICA

v.

LEO BEATTY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-11, 14-16, 18,19,23, 25-27, 30,33-35, 37,39-42, 44-45, 52 are the originals.

12,13,17,20-22,24,28,29,31,32,36,38,43,46-51 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/4/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/10/06.

Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
By:   Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/17/06.

Christy Phillips
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2481

RETURN TO:  US DISTRICT COURT
            595 MAIN STREET, SUITE 502
            WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06