UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-2481

USDC Docket Number 05-40021

United States of America

v.

Leo Beatty

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Document #54

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/20/06.

Sarah A. Thornton, Clerk of Court

By:   /s/ Kathy Hassett
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/26/06.

_____
Deputy Clerk, US Court of Appeals

OCT 25 2006

ClerksCertificate-supplemental.frm - 3/06