Leo Beatty
Reg. No. 80507-038
FMC Devens, Box 879
Ayer, MA 01432

July 16, 2008


Clerk of the Court
United States District Court
One Courthouse Way
Boston, MA 02110

Re: <u>United States of America v. Leo Beatty</u>,
    Criminal Case No. **05-40021-FDS**

Dear Sir/Madam:

    Respectfully, I am sending you this letter in my attempt to have you send me complete copies of the clerk of the courts docket sheets in reference to the above styled action and numbered cause.

    If you could kindly send the requested materials to the above address it would be greatly appreciated. I do sincerely thank you in advance for your time and assistance in these regards.

                                                    Sincerely,

                                                  Leo Beatty

Cc: LB/jbj